McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

APR 11 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DEENA VANG LEE,<br><br>　　　　　　　　　Defendants. | CASE NO: 1 9 CR 0 0 0 8 1 DAD BAM<br><br>VIOLATIONS: 18 U.S.C. § 1343 – WIRE FRAUD (THREE COUNTS); 18 U.S.C. § 1028A – AGGRAVATED IDENTITY THEFT (TWO COUNTS); 26 U.S.C. § 7206(2) – AIDING AND ASSISTING IN THE PREPARATION AND PRESENTATION OF A FALSE AND FRAUDULENT RETURN, STATEMENT, OR OTHER DOCUMENT (TEN COUNTS); 26 U.S.C. § 7206(1) – MAKING AND SUBSCRIBING A FALSE AND FRAUDULENT TAX RETURN (THREE COUNTS) |

## I N D I C T M E N T

COUNTS ONE THROUGH THREE: [18 U.S.C. § 1343 – Wire Fraud]

The Grand Jury charges: T H A T

DEENA VANG LEE,

defendant herein, as follows:

## I.　INTRODUCTION

At all times relevant to this indictment:

1.　　Defendant DEENA VANG LEE ("LEE") was a resident of Fresno County, California, and at certain relevant times was an employee of the Internal Revenue Service ("IRS") at the IRS Fresno Service Center, located in the State and Eastern District of California.

INDICTMENT

1

2.     The IRS is an agency of the United States within the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States.

3.     An individual federal income tax return may be filed by mailing a completed income tax return to the IRS, or by electronic filing of a completed income tax return with the IRS.  All income tax returns electronically filed with the IRS are routed from the location of the filer through the IRS front end processing system in Martinsburg, West Virginia or Memphis, Tennessee, and then to the IRS Service Center located in a region designated for the address listed in the tax filer's income tax return.

4.     The child and dependent care credit (the "Child Care Credit") is a tax credit for expenses paid for the care of a qualifying individual, such as a child, that enabled the taxpayer to work or actively look for work.  The amount of the credit is a percentage of the amount of work-related expenses paid to a care provider for the care of a qualifying individual.  The percentage depends on the taxpayer's adjusted gross income.  Taxpayers claiming the Child Care Credit must complete IRS Form 2441.  Form 2441 requires the taxpayer to list the care provider's name, address, social security number, and the amount the taxpayer paid to the provider for child care.

5.     A "means of identification" includes any name or number that may be used, alone or in conjunction with other information, to identify a specific individual, including a name, Social Security number, or date of birth.

**II.    THE SCHEME**

6.     From on or about February 2012 to on or about February 2016, in the State and Eastern District of California and elsewhere, defendant LEE knowingly devised, intended to devise, participated in, and executed a material scheme and artifice to defraud the United States, and to obtain money and property from the United States by means of materially false and fraudulent pretenses, representations, and promises.

**III.    MANNER AND MEANS**

7.     The scheme to defraud was carried out, in substance, generally in the following manner:

8.     During the period of the scheme, LEE performed tax preparation services for friends, relatives, and other acquaintances (the "Customers").  LEE charged many of her customers a fee per return, typically between $100 and $400.

INDICTMENT

2

9.      All of the tax returns that LEE caused to be filed with the IRS in furtherance of the conspiracy were electronically filed with the IRS.  These returns were routed through Martinsburg, West Virginia or Memphis, Tennessee and sent to the IRS Service Center in Fresno, State and Eastern District of California.

10.      Customers would generally meet with LEE at LEE's residence or another residence for the purpose of having LEE prepare their federal income tax return for electronic transmission to the IRS. Customers would typically have a personal consultation with LEE regarding their tax return.  Customers would generally provide LEE with information and documentation regarding their income, expenses and other financial information.  LEE would typically prepare and transmit Customers' tax returns using a computer.

11.      Defendant LEE fraudulently caused federal income tax refunds to be claimed and fraudulently reduced the amount of tax due for her Customers through the preparation and submission of false and fraudulent income tax returns.

12.      The false and fraudulent statements and entries in the federal income tax returns prepared by LEE included false information submitted on IRS Form 2441s.  Form 2441 enables taxpayers to compute and claim the Child Care Credit and requires the taxpayer to provide the name, address, and Social Security number of the individual the taxpayer paid for child care.  The taxpayer also must state the amount of qualified child care expenses paid by the taxpayer to the provider.

13.      LEE fabricated information on Form 2441s for her Customers using the following method:  LEE obtained the means of identification of multiple individuals, including C.V. and T.B.Y. (collectively, the "False Providers"), in her role as a tax preparer for friends, family members, and other acquaintances.  LEE then used these means of identification, including name and Social Security number, for the purpose of causing the False Providers to be falsely listed as child care providers on multiple Customers' Form 2441s.  LEE also fabricated child care expenses purportedly paid by the Customers to the False Providers.  In actuality, the False Providers did not provide child care to the Customers, and the Customers did not pay the False Providers for child care.  For example, LEE listed the name, address, and Social Security number of C.V. on the Form 2441 of L.K.'s and B.V.'s 2012 tax return.  LEE falsely stated that L.K. and B.V. had paid C.V. for child care expenses.  L.K. and B.V. did

1  not pay any child care expenses to C.V.

2      14.    As a result of LEE's preparation and submission to the IRS of false and fraudulent

3  federal income tax returns, LEE caused multiple Customers to claim Child Care Credits to which these

4  Customers were not entitled.  This resulted in the IRS paying out excessive refunds to these Customers

5  or not collecting the correct amount of tax owed by the Customers.

6      15.    LEE's conduct from on or about February 2012 to on or about February 2016 resulted in

7  a tax loss to the IRS of more than $20,000.

8      16.    In certain instances, the false and fraudulent returns caused the IRS to issue a tax refund

9  based on the submitted false information.  In such cases, the refunds were transmitted to the bank

10  accounts listed in the false tax returns.  The refunds were typically issued in the form of a direct deposit

11  from the United States Treasury into a bank account controlled by the Customer or defendant LEE.

12      17.    On or about the dates listed below, in the State and Eastern District of California, for the

13  purpose of executing the aforementioned scheme and artifice to defraud, defendant LEE knowingly

14  transmitted and caused to be transmitted by means of wire and radio communication in interstate and

15  foreign commerce the following writings, signs, signals, pictures and sounds, as follows:

| COUNT | APPROXIMATE DATE OF WIRE | DESCRIPTION | RECEIVER |
|---|---|---|---|
| ONE | 2/7/2015 | Wire transmission to IRS of electronically filed 2014 U.S. Individual Income Tax Return-Form 1040A for C.Y. | IRS Service Center, Fresno, California |
| TWO | 2/7/2015 | Wire transmission to IRS of electronically filed 2014 U.S. Individual Income Tax Return-Form 1040A for A.H. | IRS Service Center, Fresno, California |
| THREE | 2/8/2015 | Wire transmission to IRS of electronically filed 2014 U.S. Individual Income Tax Return-Form 1040 for P.L. | IRS Service Center, Fresno, California |

All in violation of Title 18, United States Code, Section 1343.

INDICTMENT          4

COUNTS FOUR AND FIVE: [18 U.S.C. § 1028A – Aggravated Identity Theft]

The Grand Jury further charges:

DEENA VANG LEE,

defendant herein, as follows:

18.    The Grand Jury realleges and incorporates by reference the allegations set forth in paragraphs 1 through 5 and 7 through 17 of this indictment.

19.    On or about the dates set forth below, in the State and Eastern District of California and elsewhere, defendant DEENA VANG LEE did knowingly use a means of identification of another person without lawful authority during and in relation to an unlawful activity that constitutes a violation of federal law, to wit, wire fraud in violation of 18 U.S.C. § 1343; that is, she knowingly used the means of identification of another person, including but not limited to the names and Social Security numbers of actual persons, identified by their initials below, to falsely claim Child Care Credits on her Customers' tax returns:

| COUNT | APPROXIMATE DATE | ACTUAL PERSON WHOSE MEANS OF IDENTIFICATION WAS USED | DOCUMENT | CORRESPONDING INDICTMENT COUNT |
|-------|------------------|------------------------------------------------------|----------|--------------------------------|
| FOUR | 2/7/2015 | C.V. | Electronically filed 2014 U.S. Individual Income Tax Return-Form 1040A for C.Y. | ONE |
| FIVE | 2/7/2015 | T.B.Y. | Electronically filed 2014 U.S. Individual Income Tax Return-Form 1040A for A.H. | TWO |

All in violation of Title 18, United States Code, Section 1028A.

COUNTS SIX THROUGH FIFTEEN: [26 U.S.C. § 7206(2) – Aiding and Assisting in the Preparation and Presentation of a False and Fraudulent Return, Statement, or Other Document]

The Grand Jury further charges:

DEENA VANG LEE,

defendant herein, as follows:

20.     The Grand Jury realleges and incorporates by reference the allegations set forth in paragraphs 1 through 5 and 7 through 19 of this indictment.

21.     The American Opportunity tax credit (the "Opportunity Credit") is a tax credit for qualified education expenses paid for an eligible student for the first four years of higher education. A taxpayer can receive a maximum annual credit per eligible student. If the credit brings the amount of tax the taxpayer owes to zero, the taxpayer can have a percentage of any remaining amount of the credit refunded. Taxpayers claiming the Opportunity Credit must complete IRS Form 8863. This form requires the taxpayer to state her adjusted qualified education expenses, up to a maximum amount per student, for the calendar year.

22.     The false and fraudulent statements and entries included in the federal income tax returns prepared by LEE included the following:

a)     False Child Care Expenses on Form 2441. LEE prepared returns that included false information on her Customers' Form 2441s relating to child care expenses.

b)     False Educational Expenses on Form 8863. LEE falsely inflated and/or fabricated educational expenses on her Customers' IRS Forms 8863. Form 8863 enables taxpayers to compute and claim education credits, including the Opportunity Credit. That form requires the taxpayer to list the specific amount of adjusted qualified education expenses paid during a tax year. While LEE typically asked Customers whether they had children in school, she typically did not ask them for the specific dollar amount they had paid for educational expenses and, instead, fabricated the amount. For those Customers for whom LEE sought the Opportunity Credit, LEE typically falsely claimed the maximum adjusted qualified education expenses allowed per student. Some Customers' actual qualified educational expenses were less than that

1   amount, and some had no adjusted qualified educational expenses at all.

2           c)   <u>False Dependents</u>.  LEE falsely listed certain of her Customers' adult family

3   members as dependents on the Customers' tax returns.  To qualify as an adult dependent of a

4   taxpayer, the adult dependent must meet specific criteria, including receiving at least half of their

5   yearly support from the taxpayer.  LEE falsely listed her Customers' relatives as dependents

6   despite the fact that the Customers did not provide over 50% support for a listed relative.

7       23.   On or about the dates indicated below, in the Eastern District of California, the defendant,

8   DEENA VANG LEE, a resident of Fresno County, California, did willfully aid and assist in, and

9   procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S.

10   Individual Income Tax Returns  The returns were false and fraudulent as to material matters, and

11   defendant LEE then and there knew that the returns were false and fraudulent as to such material matters

12   as indicated below:

13

| COUNT | APROXIMATE DATE OF OFFENSE | TAX RETURN | MATERIAL FALSE AND FRAUDULENT ENTRIES | APPROXIMATE LOSS AMOUNT |
|---|---|---|---|---|
| SIX | 4/15/2013 | Electronically filed 2012 U.S. Individual Income Tax Return-Form 1040 for N.K. | False educational expenses | $1,000 |
| SEVEN | 4/15/2013 | Electronically filed 2012 U.S. Individual Income Tax Return-Form 1040A for R.B. | False educational expenses | $4,894 |
| EIGHT | 4/15/2013 | Electronically filed 2012 U.S. Individual Income Tax Return-Form 1040A for S.V. and K.V. | False educational expenses | $4,383 |

| | | | | |
|---|---|---|---|---|
| NINE | 4/15/2014 | Electronically filed 2013 U.S. Individual Income Tax Return-Form 1040A for A.H. | False child care expenses | $720 |
| TEN | 4/15/2014 | Electronically filed 2013 U.S. Individual Income Tax Return-Form 1040A for L.P.K. and B.V. | False child care expenses<br><br>False dependent | $3,171 |
| ELEVEN | 4/15/2015 | Electronically filed 2014 U.S. Individual Income Tax Return-Form 1040A for A.H. | False child care expenses | $720 |
| TWELVE | 4/15/2015 | Electronically filed 2014 U.S. Individual Income Tax Return-Form 1040 for F.V. | False education expenses | $5,000 |
| THIRTEEN | 4/15/2016 | Electronically filed 2015 U.S. Individual Income Tax Return-Form 1040 for F.V. | False education expenses | $2,500 |
| FOURTEEN | 4/15/2015 | Electronically filed 2014 U.S. Individual Income Tax Return-Form 1040 for S.V. and K.V. | False education expenses | $2,500 |
| FIFTEEN | 4/15/2016 | Electronically filed 2015 U.S. Individual Income Tax Return-Form 1040 for S.V. and K.V. | False education expenses | $2,500 |

All in violation of Title 26, United States Code, Section 7206(2).

INDICTMENT

8

1  COUNT SIXTEEN [26 U.S.C. § 7206(1) – Making and Subscribing a False and Fraudulent Tax Return]

2       The Grand Jury further charges:

3                                    DEENA VANG LEE,

4  defendant herein, as follows:

5       24.    The Grand Jury realleges and incorporates by reference the allegations set forth in

6  paragraphs 1 through 5 and 7 through 23 of this indictment.

7       25.    Defendant LEE caused to be filed her 2013 federal income tax return.  In that return, LEE

8  reported an adjusted gross income amount of $30,235.  That amount was false, as it did not include the

9  income that LEE received from the Customers for tax preparation services.

10      26.    On or about April 15, 2014, in the Eastern District of California, DEENA VANG LEE, a

11 resident of Fresno County, California, did willfully make and subscribe a U.S. Individual Income Tax

12 Return, Form 1040 which was verified by a written declaration that it was made under the penalties of

13 perjury and which LEE did not believe to be true and correct as to every material matter.  That U.S.

14 Individual Income Tax Return, which was filed with the Director, Internal Revenue Service Center, at

15 Fresno, California, stated adjusted gross income that, as she then and there knew, was false because it

16 did not include income LEE received from charging Customers for tax preparation services.

17      27.    As a result of LEE's false and fraudulent 2013 federal income tax return, LEE did not

18 pay the correct amount of taxes on the income earned from her tax preparation business and received a

19 refund in excess of that to which she was entitled.

20      All in violation of Title 26, United States Code, Section 7206(1).

21

22

23

24

25

26

27

28

COUNT SEVENTEEN: [26 U.S.C. § 7206(1) – Making and Subscribing a False and Fraudulent Tax Return]

   The Grand Jury further charges:

DEENA VANG LEE,

defendant herein, as follows:

   28. The Grand Jury realleges and incorporates by reference the allegations set forth in paragraphs 1 through 5 and 7 through 23 of this indictment.

   29. Defendant LEE caused to be filed her 2014 federal income tax return.  In that return, LEE reported an adjusted gross income amount of $21,552.  That amount was false, as it did not include the income that LEE received from the Customers for tax preparation services.

   30. On or about April 15, 2015, in the Eastern District of California, DEENA VANG LEE, a resident of Fresno County, California, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040 which was verified by a written declaration that it was made under the penalties of perjury and which LEE did not believe to be true and correct as to every material matter.  That U.S. Individual Income Tax Return, which was filed with the Director, Internal Revenue Service Center, at Fresno, California, stated adjusted gross income that, as she then and there knew, was false because it did not include income LEE received from charging Customers for tax preparation services.

   31. As a result of LEE's false and fraudulent 2014 federal income tax return, LEE did not pay the correct amount of taxes on the income earned from her tax preparation business and received a refund in excess of that to which she was entitled.

   All in violation of Title 26, United States Code, Section 7206(1).

1  COUNT EIGHTEEN: [26 U.S.C. § 7206(1) – Making and Subscribing a False and Fraudulent Tax
2  Return]

3  The Grand Jury charges:

DEENA VANG LEE,
4
5  defendant herein, as follows:

6      32.    The Grand Jury realleges and incorporates by reference the allegations set forth in
7  paragraphs 1 through 5 and 7 through 23 of this indictment.

8      33.    Defendant LEE caused to be filed her 2015 federal income tax return.  In that return, LEE
9  reported an adjusted gross income amount of $39,074.  That amount was false, as it did not include the
10 income that LEE received from the Customers for tax preparation services.

11     34.    On or about April 15, 2016, in the Eastern District of California, DEENA VANG LEE, a
12 resident of Fresno County, California, did willfully make and subscribe a U.S. Individual Income Tax
13 Return which was verified by a written declaration that it was made under the penalties of perjury and
14 which LEE did not believe to be true and correct as to every material matter.  That U.S. Individual
15 Income Tax Return, which was filed with the Director, Internal Revenue Service Center, at Fresno,
16 California, stated adjusted gross income that, as she then and there knew, was false because it did not
17 include income LEE received from charging Customers for tax preparation services.

18     35.    As a result of LEE's false and fraudulent 2015 federal income tax return, LEE did not
19 pay the correct amount of taxes on the income earned from her tax preparation business or received a
20 refund in excess of that to which she was entitled.

21     All in violation of Title 26, United States Code, Section 7206(1).

22                  A TRUE BILL.
/s/ Signature on file w/AUSA
23                  FOREPERSON
24
MCGREGOR W. SCOTT
25 United States Attorney
**KIRK E. SHERRIFF**
26 By: _____
KIRK E. SHERRIFF
27 Assistant United States Attorney
Chief, Fresno Office
28

INDICTMENT         11