# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                    Plaintiff,

      v.

DEENA VANG LEE,

                 Defendant.

Case No. 1:19-cr-00081-DAD-BAM

ORDER STRIKING STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT DEENA VANG LEE AND VACATING ORDER ON STIPULATION

(Doc. Nos. 12, 13, 14)

Currently before the Court is Defendant Deena Vang Lee's ("Defendant") request that the Court strike the stipulation between the United States and Defendant and the Court's order thereon dated April 30, 2019. (Doc. No. 14.) The United States has filed a statement of non-opposition to Defendant's request. (Doc. No. 15.)

IT IS HEREBY ORDERED that the prosecution's "Stipulation and [Proposed] Order Between the United States and Defendant Deena Vang Lee" (Doc. No. 12) is STRICKEN on the basis that defense counsel did not consent to have his electronic signature placed on the stipulation. The Court's order on the stipulation (Doc. No. 13) is VACATED.

IT IS SO ORDERED.

Dated: __**May 7, 2019**__                  /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE

1