| | |
|---|---|
| 1 | RICHARD M. OBERTO |
| | ATTORNEY AT LAW |
| 2 | State Bar No. 247285 |
| | 516 W. Shaw Ave. Ste 200 |
| 3 | Fresno, California 93704 |
| | Telephone: (559) 221-2557 |
| 4 | |
| | Attorney for Defendant, |
| 5 | Deena Vang Lee |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:19-CR-00081-DAD-BAM |
| | ) | |
| *Plaintiff,* | ) | WAIVER OF DEFENDANT'S |
| | ) | PERSONAL PRESENCE PURSUANT TO |
| v. | ) | FEDERAL RULES OF CRIMINAL |
| | ) | PROCEDURE, RULE 43(b)(3); |
| DEENA VANG LEE, | ) | ORDER |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

The defendant DEENA VANG LEE ("Ms. Lee") has been advised of her right to be personally present at all stages of the court proceedings in the above entitled action against her. Ms. Lee hereby waives her right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Ms. Lee requests that the court allow her interests to be represented by the presence of her attorney, Richard M. Oberto, and she agrees that her interests shall be represented the same as if she were personally present. Ms. Lee agrees that notice to her attorney that her personal presence is required for a proceeding at a specific time and place will be deemed notice to Ms. Lee of the requirement of her personal presence.

DATED: 7/1/2019              /S/ Deena Vang Lee
                             DEENA VANG LEE
                                Defendant
                             *Original Signature retained by*
                             *attorney Richard M. Oberto*


DATED: 7/9/2019              /S/Richard M. Oberto

                             RICHARD M. OBERTO
                             Attorney for defendant,
                             Deena Vang Lee
                             *Original signature retained by*
                             *attorney Richard M. Oberto*

## **O R D E R**

**IT IS HEREBY ORDERED** that the personal presence of defendant DEENA VANG LEE is not required for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated:  **July 25, 2019**           /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE