RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar No. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Deena Vang Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>DEENA VANG LEE,<br><br>        *Defendant.* | No. 1:19-cr-00081-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status at 1 p.m. in Courtroom 8 of the Fresno Division of the above-entitled court on August 12, 2019.

2. By this stipulation, defendant now moves to continue the status conference until 1 p.m. in Courtroom 8 of the Fresno Division of the above-entitled court on October 28, 2019, and to exclude time from August 12, 2019, to October 28, 2019.

3. The parties agree and stipulate, and request that the Court find the following:

    a) When counsel for the defendant DEENA VANG LEE accepted appointment in this case, the matter was already set for status on August 12, 2019, and defense counsel had pre-planned travel that week. Consequently, defense counsel is unavailable for the hearing.

b) Defense counsel needs additional time to review the discovery in the case, explore settlement options, and prepare for potential trial. Meanwhile, the assigned Assistant United States Attorney is planning to formulate a plea bargain offer for consideration before the anticipated next hearing date on October 28, 2019.

c) Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 12, 2019 to October 28, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: 7/26/2019            /s/ Vincente Tennerelli
                            VINCENTE TENNERELLI
                            Assistant United States Attorney


DATED: 7/26/2019            /s/Richard M. Oberto
                            RICHARD M. OBERTO
                            Attorney for the defendant,
                            Deena Vang Lee

## FINDINGS AND ORDER

**IT IS SO ORDERED** that the 1ST Status Conference is continued from August 12, 2019 to October 28, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe. Time is excluded pursuant to 18 U.S.C.§ 3161(H)(7)(A), B(IV).

IT IS SO ORDERED.

Dated:  **July 29, 2019**            /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE