RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar no. 247285
516 W. Shaw Ave. Ste 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Deena Vang Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>DEENA VANG LEE,<br><br>*Defendant.* | No. 1:19-CR-00081-DAD-BAM<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE TO INCLUDE v. MEDICAL AND PSYCHIATRIC TREATMENT; AND ORDER** |

The pretrial services officer who is assigned to supervise the defendant DEENA VANG LEE ("Ms. Lee") reports that Ms. Lee recently admitted thoughts relating to a mental health crisis. The officer advises that without a court order mandating services, the pretrial services office cannot refer Ms. Lee for appropriate services. Meanwhile, Ms. Lee has confirmed that she wishes to be referred for services. This stipulation and proposed order follow.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate that Ms. Lee's conditions of pretrial release should be modified to include the following orders:

1. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer; and

2. All prior conditions not in conflict with this order shall remain in full force and effect.

IT IS SO STIPULATED.

Dated: 3/14/2022                                  */s/ Vincent Tennerlli*
                                                  VINCENTE TENNERELLI
                                                  Assistant United States Attorney

Dated: 3/14/2022                                  */s/ Richard M. Oberto*
                                                  RICHARD M. OBERTO
                                                  Attorney for Defendant,
                                                  Deena Vang Lee

**ORDER**

IT IS SO ORDERED.

Dated:   **March 15, 2022**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE