IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEENA VANG LEE,<br><br>Defendant. | Case №: 1:19-CR-00081-1-<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Fay Arfa be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 12, 2024, substituting the Federal Defenders Office appointed per G.O. 595.

DATED:  July 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE