IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DEENA VANG LEE,**<br><br>Defendant. | CASE NO.:  1:19-cr-00081 NODJ BAM<br><br>**ORDER GRANTING FAY ARFA'S MOTION TO WITHDRAW AS COUNSEL IN CONNECTION WITH DEFENDANT'S RENEWED MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE – 18 U.S.C. § 3582(c)(1)(A)(i))** |

GOOD CAUSE APPEARING, it is ordered that Fay Arfa's request to withdraw as counsel for Deena Vang Lee's Motion in connection with defendant's pending motion for Compassionate Release is GRANTED. The matter is referred to the Office of the Federal Defender for appointment of new counsel on defendant's behalf. The Clerk of the Court is directed to serve this order on all counsel of record currently appearing on the docket as well as the Office of the Federal Defender and by mail on defendant at the address listed in her request to dismiss her attorney (Doc. No. 108). The Status of Counsel hearing scheduled for April 14, 2025, is vacated.

IT IS SO ORDERED.

Dated:   **April 11, 2025**                                                         _____
                                                                                                   UNITED STATES DISTRICT JUDGE