1

2

3

4

5    IN THE UNITED STATES DISTRICT COURT

6    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:19-CR-00081-1-NODJ |
| Plaintiff, | ) | **O R D E R** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| DEENA VANG LEE, | ) | |
| Defendant. | ) | |

        The above named Defendant has, under oath, sworn or affirmed as to her financial

inability to employ counsel or has otherwise satisfied this Court that she is financially unable to

obtain counsel and wishes counsel be appointed to represent her on Compassionate Release.

Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C.

§ 3006A,

        IT IS HEREBY ORDERED that John Balazs be appointed to represent the above

defendant in this case effective *nunc pro tunc* to May 9, 2025, substituting the Federal Defenders

Office appointed per G.O. 595.


Dated:  May 12, 2025                    /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE