UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HONORABLE DANIEL J. CALABRETTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEENA VANG LEE,<br><br>Defendant. | Case No. 1:19-CR-00081-DJC-EFB<br><br>**ORDER GRANTING MOTIONS FOR WITHDRAWAL OF DOCUMENTS** |

Good cause having been shown, this Court **HEREBY GRANTS** Defendant Deena Lee's two Motions for Withdrawal of Documents (filed at ECF No. 128 and 130). The motions and exhibits filed at ECF Nos. 126 and 129 are hereby deemed withdrawn.

Dated:  September 8, 2025      /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE