AO 247 (Rev. 03/19) - Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:19-cr-00081-DJC-EFB    Document 134    Filed 09/10/25    Page 1 of 1

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:19-cr-00081-DJC |
| Deena Vang Lee | ) |
| | ) USM No: 78174-097 |
| Date of Original Judgment: May 8, 2023 | ) |
| Date of Previous Amended Judgment: N/A | ) Alana Lee McMains |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __54__ months **is reduced to** __51 months__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __05/11/2023__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 09/10/2025

*Judge's signature*

Effective Date: Up to ten days from the date of this judgment

Hon. Daniel J. Calabretta, United States District Judge
*Printed name and title*

*(if different from order date)*